| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>RICHARD COLE,<br><br>                         Plaintiff,<br>          -against-<br><br>LONG ISLAND RAILROAD COMPANY,<br><br>                        Defendant.<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/30/21<br><br>21-CV-8750 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 26, 2021, Plaintiff filed a Complaint in this District, *see* Dkt. 1;

    WHEREAS the cause of action in this case arose in Queens, New York, which is located in the Eastern District of New York, Compl. ¶¶ 3, 6;

    WHEREAS the Court ordered the parties to show good cause not later than November 29, 2021, why this case should not be transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1404, *see* Dkt. 6; and

    WHEREAS the parties failed to object to this case being transferred to the United States District Court for the Eastern District of New York;

    IT IS HEREBY ORDERED THAT this case shall be transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a) for the convenience of the witnesses, for the convenience of the parties, and for trial efficiency and the interests of justice, as the cause of action in this case arose in Queens, New York. *See, e.g.*, *McCain v. Racing*, No. 07-CV-5729, 2007 WL 2435170, at *3 (S.D.N.Y. Aug. 27, 2007) (listing factors to determine venue transfer under § 1404). The Clerk of Court is respectfully directed to transfer the above-captioned case

to the United States District Court for the Eastern District of New York, without waiting the seven-day period pursuant to Local Civil Rule 83.1.

**SO ORDERED.**

Date:  November 30, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**